[No. 45006-2-II. Division Two. January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO BRITTON BUNKER III, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00906-2, James W. Lawler, J., entered June 25, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Sutton, JJ.

[No. 45088-7-II. Division Two. January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SITTON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00231-5, Richard L. Brosey, J., entered July 10, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Sutton, J.

[Nos. 45107-7-II; 45127-1-II. Division Two. January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT D. MORGAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE T. PARKER, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 09-1-01459-2, James R. Orlando, J., entered July 2, 2013. By unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ., judgment *affirmed* in appeal No. 45127-1-II and appeal No. 45107-7-II is *remanded with instructions*.